IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| NCR CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  05-0715 |
| ) | |
| <Prime.com>, ) | |
| <Systemedia.biz>, and ) | |
| <Systmedia.info> ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss in Rem Complaint.

The Court finds that Plaintiff's Complaint states a claim upon which relief may be granted.  It is hereby

ORDERED that Defendant's Motion to Dismiss is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 12, 2005