IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| NCR CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  05-0715 |
| ) | |
| <Prime.com>, ) | |
| <Systemedia.biz>, and ) | |
| <Systmedia.info> ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter comes before the Court on Defendants' Motion Objecting to Order of Magistrate Judge.  A district court may overturn a nondispositive matter ruled upon by a magistrate judge only if it is "found to be clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a).  Upon review, the Court does not find that the Magistrate Judge's Order was clearly erroneous or contrary to law.  It is hereby

ORDERED that Defendants' motion is DENIED.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
January 20, 2006